IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MR. JASON M. BURRELL** | : | **CIVIL ACTION** |
| *Plaintiff-Pro se* | : | |
| | : | NO. 17-0439 |
| v. | : | |
| | : | |
| **MR. GREEN**, *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 21st day of June 2017, upon consideration of Defendants' *motions to dismiss*, [ECF 12 and 13], to which Plaintiff did not respond, and the allegations contained in Plaintiff's complaint, [ECF 4], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motions to dismiss are **GRANTED**, and this action is **DISMISSED**. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*